# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Judge Ruban Castillo

Hispanics United, et al.  / USA Plaintiff
v                         / Village of Addison
Village of Addison, et al

Case Number: 94C 6075
~~95-C 7964~~ 3926

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ~~ATTORNEY~~ Pro Se (S) FOR:

Rozanne Lullo and as Trustee for the Estate of Betty C Lullo tRUST #101 and the Land trust # 3298 beneficiary of LaSelle National Bank, and owner Addison Green Meadows, Inc # items above Know as ValueCity and the vacant parcel East of Value City throughout Court cases.

| (A) | (B) |
|---|---|
| SIGNATURE: Rozanne Lullo | SIGNATURE |
| NAME: Rozanne Lullo | NAME |
| FIRM | FIRM |
| STREET ADDRESS: 1080 Heathrow Court | STREET ADDRESS |
| CITY/STATE/ZIP: Wheaton, IL | CITY/STATE/ZIP |
| TELEPHONE NUMBER: 630 588-0182 | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED MAY 16 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |