IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | | |
|---|---|---|
| HISPANICS UNITED OF DUPAGE COUNTY, *et. al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| VILLAGE OF ADDISON, ILLINOIS | ) ) ) | |
| Defendant. | ) ) | 94 C 6075 |
| | ) | Consolidated with: |
| UNITED STATES OF AMERICA, | ) ) | 95 C 3926 |
| Plaintiff, | ) ) | Judge Ruben Castillo |
| v. | ) ) ) | Magistrate Judge Morton Denlow |
| VILLAGE OF ADDISON, ILLINOIS, | ) ) ) | |
| Defendant. | ) | |

## ORDER MODIFYING MARCH 28, 2002 AGREED ORDER
## REGARDING IMPLEMENTATION OF THE CONSENT DECREE

WHEREAS, on December 22, 1997, the District Court approved and entered a Consent Decree which addressed the issues raised in Plaintiffs' complaints, and *inter alia*, provided for limited and phased redevelopment activities in certain specified areas of the Village; and

WHEREAS, subsequent to the District Court's entry of the Consent Decree, the Parties entered into an Agreed Order regarding implementation of the Consent Decree, which was approved by the District Court on March 28, 2002; and

WHEREAS, the Village of Addison (the "Village") has requested modification of the March 28, 2002 Agreed Order relating to the Michael Lane Neighborhood Resource Center and the Michael Lane Park, wherein the Village is now obligated to construct and develop the Michael Lane Park at a time certain and the village is obligated to construct the Michael Lane Neighborhood Resource

Center, and none of the parties have objected thereto;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Agreed Order regarding implementation of the Consent Decree entered on March 28, 2002 will be modified by amending paragraph 12 in its entirety to read as follows:

> 12. With respect to Michael Lane, the Village shall construct and develop the park described in Section II.B.2.b(3) and Exhibits 1 and 2 of the Consent Decree ("Michael Lane Park") by January 1, 2015. Upon the entry of the Order Modifying the March 22, 2002 Agreed Order, the Village may remove the buildings at 193 and 199 Michael Lane and construct the Michael Lane Neighborhood Resource Center ("MLNRC"), utilizing the proceeds of the $600,000 federal grant and TIF funds. The Village, in fiscal year 2007-08, will begin the process of acquiring and removing the building at 189 Michael Lane and will use said property for a park adjacent to the MLNRC or, if necessary, for additional parking adjacent to the MLNRC.

and by deleting Paragraph 13 in its entirety.

3. Except as specifically provided in this Order, nothing in this Order shall alter or otherwise affect any rights or obligations set forth in the Agreed Order entered on March 28, 2002.

This Order shall be effective upon approval by the District Court.

Date: 1/18/06

Approved:

Rubén Castillo, United States District Court Judge